**Order entered November 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01192-CV

## IN RE MARK STEVEN MCANDREWS, Relator

**Original Proceeding from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-18-0614**

## ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **LIFT** this Court's October 15, 2018 stay of the trial court's October 2, 2018 "Order Granting Grandparent Possession and Access" and **LIFT** the stay of the underlying proceedings. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/    ROBERT M. FILLMORE
        JUSTICE